IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

```
BRETT JOHNSON,                   )
                                 )
          Plaintiff,             )
                                 )
     v.                          )    1:25-cv-615
                                 )
SCOTLAND CORRECTIONAL,           )
                                 )
          Defendant.             )
```

## ORDER

On October 21, 2025, the United States Magistrate Judge's Order and Recommendation ("Recommendation") was filed and notice was served on the Plaintiff pursuant to 28 U.S.C. § 636. (Docs. 4, 5.) No objections were filed within the time limits prescribed by Section 636.

Therefore, the court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 4), is **ADOPTED. IT IS FURTHER ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** to Plaintiff filing a new complaint, on the proper § 1983 forms, which corrects the defects of cited in the Recommendation.

A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 2nd day of January, 2026.

／s／ William L. Osteen, Jr.
United States District Judge